# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SARON WRIGHT, ) <br> ) <br> Defendant. ) | Case No. 2:10-cr-341-RLH-GWF <br><br> **O R D E R** <br> (Motion for Court Records–#53) |

Defendant Wright has filed a request (to be treated by the Court as a Motion) for Criminal Docket Sheet and Judgement & Commitment (including Statement of Reasons) (#53, filed September 24, 2012). The request/Motion will be denied.

Defendant has not stated a reason for the request, *i.e.,* why he needs the documents. Furthermore, any notice of appeal was required to have been filed within 14 days of the entry of judgment, and any petition for federal habeas corpus, pursuant to 28 U.S.C. §2255, was required to have been filed within one year of the entry of judgment. Judgment was entered on May 3, 2011, more than 16 months before this request/Motion was filed.

More important is the fact that in the Plea Agreement signed by the Defendant, there is a waiver of the right to appeal or to file a §2255 petition, so the documents cannot be used for either of those purposes.

Finally, Defendant cannot say his attorney did not represent him well. The Court sustained the objections filed regarding the Presentence Report, and agreed to sentence the Defendant below the Sentencing Guidelines.

IT IS THEREFORE ORDERED that Defendant's request (Motion) for Criminal Docket Sheet and Judgement & Commitment (including Statement of Reasons) (#53) is DENIED.

Dated: October 31, 2012.

_____
**Roger L. Hunt
United States District Judge**